UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARCIA | : |
| | : |
| v. | : 3:10cv795   (SRU) |
| | : |
| ROSARIO, ET AL. | : |

## ORDER OF DISMISSAL

The defendants in this case filed a motion to dismiss on May 25, 2012. The defendants sent the plaintiff a pro se notice on June 6, 2012, notifying him that if he did not oppose the motion to dismiss, his claims may be dismissed. To date, the plaintiff has not filed a response.

This case is hereby dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because of plaintiff's failure to prosecute.

The clerk is instructed to close the file.

It is so ordered.

Dated at Bridgeport this 11th day of July 2012.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge