UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE J. GARCIA | : | |
| | : | |
| v. | : | 3:10cv795 (SRU) |
| | : | |
| | : | |
| ROSARIO, ET AL. | : | |

## NOTICE TO PRO SE LITIGANT AND ORDER

On May 3, 2013, the defendants filed a Motion for Summary Judgment.  The plaintiff has failed to file opposition to such motion within 21 days, as required under Rule 7(a)1, Loc. R. Civ. P. (D. Conn.).  The court hereby gives express notice to the pro se plaintiff that failure to submit a memorandum in opposition or failure to submit evidence contradicting the defendant's version of the facts, may be deemed sufficient cause to grant the motion.  See Rule 7(a)1, Loc. R. Civ. P. (D. Conn.).  **If no opposition is filed within fourteen (14) days of this notice, the defendants' motion shall be granted and the case shall be dismissed**.  See generally Ruotolo v. IRS, 28 F.3d 6, 8 (2d Cir. 1994)(court has obligation to make certain that pro se litigants are aware of the local rules and understand the consequences of the failure to comply with such rules).

SO ORDERED this 7th day of August 2013 at Bridgeport, Connecticut.

                                                    /s/ Stefan R. Underhill
                                                          Stefan R. Underhill
                                                          United States District Judge